USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 09/11/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- X

MSP RECOVERY CLAIMS, SERIES LLC, A  :
DELAWARE ENTITY,                    :
                                    :
               Plaintiff,              :
                                    :    20-cv-2102 (VEC)
        -against-                  :
                                    :    ORDER
AIG PROPERTY CASUALTY COMPANY, A    :
NEW YORK FOR-PROFIT CORPORATION,    :
                                    :
               Defendant.              :

------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

WHEREAS the parties appeared for an initial pre-trial conference on Friday, September 11, 2020;

IT IS HEREBY ORDERED, for reasons stated at the conference, that discovery is stayed until the Defendant's Motion to Dismiss is resolved. The Court reminds Plaintiff that it has until September 22, 2020 to submit its reply. *See* Dkt. 25.

**SO ORDERED.**

**Date: September 11, 2020**
**New York, New York**

                                                       **VALERIE CAPRONI**
                                                       **United States District Judge**