```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 09/23/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------X

MSP RECOVERY CLAIMS, SERIES LLC, A    :
DELAWARE ENTITY,    :
   :
                 Plaintiff,    :
   :           20-CV-2102 (VEC)
     -against-    :
   :            <u>ORDER</u>
AIG PROPERTY CASUALTY COMPANY, A    :
NEW YORK FOR-PROFIT CORPORATION,    :
   :
                 Defendant.    :

-------------------------------------------------------------X

VALERIE CAPRONI, United States District Judge:

       WHEREAS a status conference has been scheduled for Friday, September 25, 2020, at

3:00 P.M.;

       IT IS HEREBY ORDERED, due to a conflict in the Court's calendar, that the status

conference will be held on **Friday, September 25, 2020, at 10:30 A.M.**

       IT IS FURTHER ORDERED that all parties and any interested members of the public

must attend by dialing 1-888-363-4749, using the access code 3121171, and the security code

2102.  All attendees are advised to mute their phones when not speaking and to self-identify each

time they speak.

**SO ORDERED.**

**Date:  September 23, 2020**                           **VALERIE CAPRONI**
**New York, New York**                        **United States District Judge**