USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 09/25/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------- X
MSP RECOVERY CLAIMS, SERIES LLC, A :
DELAWARE ENTITY, :
 :
                       Plaintiff, :
 : 20-CV-2102 (VEC)
      -against- :
 : ORDER
AIG PROPERTY CASUALTY COMPANY, A :
NEW YORK FOR-PROFIT CORPORATION, :
 :
                       Defendant. :
-------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

WHEREAS on September 25, 2020, the parties appeared for a status conference;

IT IS HEREBY ORDERED that Defendant must submit its reply briefs in support of its Motion to Strike Class Allegations and its Motion for Costs and for a Stay Pending Payment of Costs Pursuant to Federal Rule of Civil Procedure 41(d) by no later than **Friday, October 2, 2020**. Defendant's time to file a reply brief in support of its Motion to Dismiss is hereby stayed.

IT IS FURTHER ORDERED that Plaintiff must produce a draft of its proposed Amended Complaint, that is redlined from the Complaint filed on ECF (Dkt. 1), to Defendant by no later than **Friday, October 2, 2020**. Defendant must inform the Court whether it opposes Plaintiff's filing an Amended Complaint by no later than **Thursday, October 8, 2020**.

**SO ORDERED.**

Date: September 25, 2020
      New York, New York

                                                  **VALERIE CAPRONI**
                                                  **United States District Judge**