USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/14/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- X
MSP RECOVERY CLAIMS, SERIES LLC, A :
DELAWARE ENTITY, :
 :
Plaintiff, :
 :   20-CV-2102 (VEC)
-against- :
 :   ORDER
AIG PROPERTY CASUALTY COMPANY, A :
NEW YORK FOR-PROFIT CORPORATION, :
AIG PROPERTY CASUALTY, INC., A :
DELAWARE CORPORATION, AND :
LEXINGTON INSURANCE COMPANY, A :
DELAWARE COMPANY, :
 :
Defendants. :
------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

WHEREAS on June 25, 2020, Defendant AIG Property Casualty Company (AIGPCC) filed a Motion to Dismiss, Dkt. 18; and

WHEREAS on October 13, 2020, Plaintiff filed a First Amended Complaint, Dkt. 55;

IT IS HEREBY ORDERED that Defendant AIGPCC's Motion to Dismiss is denied as moot. Defendants' deadline to answer or to move against the First Amended Complaint is **Friday, December 11, 2020**. If Defendants move to dismiss the First Amended Complaint, Plaintiff's opposition to the Motion to Dismiss is due no later than **Friday, January 15, 2021**. Defendants' reply in support of the Motion to Dismiss is due no later than **Friday, February 12, 2021**. *See* Dkt. 54.

The Clerk of Court is respectfully directed to terminate the open motions at docket entries 18 and 19.

**SO ORDERED.**

**Date: October 14, 2020**
**New York, New York**

VALERIE CAPRONI
United States District Judge