USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 0107/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------X
MSP RECOVERY CLAIMS, SERIES LLC, A       :
DELAWARE ENTITY,                         :
                                         :
                            Plaintiff,   :
                                         :       20-CV-2102 (VEC)
            -against-                    :
                                         :       ORDER
AIG PROPERTY CASUALTY COMPANY, A         :
NEW YORK FOR-PROFIT CORPORATION,         :
AIG PROPERTY CASUALTY, INC., A           :
DELAWARE CORPORATION, AND                :
LEXINGTON INSURANCE COMPANY, A           :
DELAWARE COMPANY,                        :
                                         :
                            Defendants.  :
-------------------------------------------------------------X

VALERIE CAPRONI, United States District Judge:

        WHEREAS on June 25, 2020, Defendant AIG Property Casualty Company filed a

Motion pursuant to Federal Rule of Civil Procedure 41(d) for costs and stay pending the payment

of costs, Dkt. 24; and

        WHEREAS on October 21, 2020, the parties informed the Court that they are conferring

regarding a possible resolution of this Motion, Dkt. 63;

        IT IS HEREBY ORDERED that by no later than **Friday, January 22, 2021**, the parties

must file a joint letter updating the Court on the status of this issue.



SO ORDERED.

Date:  January 7, 2021                          **VALERIE CAPRONI**
       New York, New York                       **United States District Judge**